# First District Court of Appeal
## State of Florida

_____

No. 1D18-4358
_____

City of Tallahassee,

   Appellant/Cross-Appellee,

   v.

Debra Fleetwood,

   Appellee/Cross-Appellant.

_____

On appeal from an order of the Judge of Compensation Claims.
Jacquelyn L. Newman, Judge.

Date of Accident: January 5, 2016.

October 21, 2019

Per Curiam.

   Affirmed.

Lewis, Winokur, and Jay, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Mary E. Cruickshank and Christopher J. DuBois of DuBois & Cruickshank, P.A., Tallahassee, for Appellant/Cross-Appellee.

Paul M. Anderson of Anderson & Hart, P.A., Tallahassee, for Appellee/Cross-Appellant.